**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JASON PEREZ,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **Case No.** |
| | **)** | |
| **v.** | **)** | **Judge** |
| | **)** | |
| **P.O. CAREY, P.O. SALERNOS,** | **)** | **Magistrate Judge** |
| **P.O. PACENTI, and P.O. SODERLAND,** | **)** | |
| **Individually, and CITY OF AURORA,** | **)** | |
| **a Municipal Corporation,** | **)** | **Jury Demand** |
| | **)** | |
| **Defendants.** | **)** | |

**COMPLAINT AT LAW**

**NOW COMES** the Plaintiff, JASON PEREZ, by and through his attorneys Gregory E. Kulis & Associates, Ltd., complaining against the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, Individually, and CITY OF AURORA, a Municipal Corporation, as follows:

**COUNT I – EXCESSIVE FORCE**

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, JASON PEREZ, accomplished by acts and/or omissions of the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, JASON PEREZ, was at all relevant times, a United States citizen and a resident of the State of Illinois.

4. At all relevant times the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, were duly appointed Aurora Police Officers acting within the scope of their employment and under color of law.

5. On or about June 9, 2019, the Plaintiff, JASON PEREZ was driving his vehicle in the vicinity of East New York Street and North Ohio Street in Aurora, Illinois.

6. The Plaintiff parked and exited his vehicle.

7. The Defendant P.O. CASEY attempted to arrest the Plaintiff for a minor traffic violation.

8. The Defendant, P.O. CASEY, attacked the Plaintiff and called for other officers. \

9. The other Defendants arrived on the scene.

10. Without just cause or provocation the Defendants attacked the Plaintiff.

11. Said use of force was unprovoked.

12. Said use of force was excessive.

13. Said use of force was unreasonable.

14. The Plaintiff was injured.

15. At all relevant times the Defendants P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, were acting pursuant to the customs and policies of the Aurora Police Department.

16. The actions of the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND were intentional, willful and with malice.

17. Said actions of the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

18. As a direct and proximate consequence of said conduct of the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, the Plaintiff, JASON PEREZ, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering.

**WHEREFORE,** the Plaintiff, JASON PEREZ, prays for judgment in his favor and against the Defendants, P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

**COUNT II – INDEMNIFICATION / CITY OF AURORA**

1-18 The Plaintiff, JASON PEREZ, hereby re-alleges and incorporates his allegations of all paragraphs of Count I as his allegations of Paragraph 1-18 of Court II as though fully set forth herein.

19. Illinois law provides that public entities are directed to pay any tort judgement for compensatory damages for which employees are liable within the scope of their employment activities.

20. All the Defendants are employees of the CITY OF AURORA Police Department who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should Defendants P.O. CAREY, P.O. SALERNOS, P.O. PACENTI, and P.O. SODERLAND, be found liable for the acts alleged above, Defendant CITY OF AURORA would be liable to pay the Plaintiff any judgment obtained against said Defendants. Wherefore the Plaintiff prays for any compensatory judgement entered against the CITY OF AURORA plus attorneys fees and costs.

**JURY DEMAND**

The Plaintiffs, JASON PEREZ hereby requests a trial by jury.

Respectfully submitted
JASON PEREZ

/s/ Gregory E. Kulis
Gregory E. Kulis & Associates, Ltd.

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**